# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 42452

| | |
|---|---|
| STATE OF IDAHO, | ) 2015 Unpublished Opinion No. 506 |
| | ) |
| Plaintiff-Respondent, | ) Filed: May 28, 2015 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| ALESHA ANN GREEN, aka ALECHA ANN GREEN, "LISA" GREEN, | ) THIS IS AN UNPUBLISHED ) OPINION AND SHALL NOT ) BE CITED AS AUTHORITY |
| | ) |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Melissa Moody, District Judge.

Judgment of conviction and concurrent unified sentences of twelve years with five years determinate and twelve years with three years determinate for two counts of trafficking in methamphetamine, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Ben P. McGreevy, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

Before MELANSON, Chief Judge; LANSING, Judge;
and GRATTON, Judge

PER CURIAM

Alesha Ann Green was convicted of two counts of felony trafficking in methamphetamine, Idaho Code §§ 37-2732B(a)(4)(B), 37-2732B(a)(4)(A). The district court imposed concurrent unified sentences of twelve years with five years determinate for Count I and twelve years with three years determinate for Count II. Green appeals, contending that the indeterminate portions of her sentences are excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Green's judgment of conviction and sentences are affirmed.